# LOCAL UNION 953 & 2150 - POWER

## A G R E E M E N T

Covering the Performance of All Outside Electrical and Gas Construction and Maintenance Work For Electric and Gas Utilities, R.E.A., Co-ops, Railroads and Municipalities, Including <u>All Underground and Pipe Type Cable Work.</u>

Agreement by and between the Missouri Valley Line Constructors Chapter, Inc., National Electrical Contractors Association, Inc., and Local Union #953 and #2150, I.B.E.W.

It shall apply to all firms who sign a Letter of Assent to be bound by the terms of this Agreement.

As used hereinafter in this Agreement, the term "Chapter" shall mean the Missouri Valley Line Constructors Chapter, Inc. National Electrical Contractors Association, Inc., and the term "Union" shall mean the Local Union #953 and #2150, I.B.E.W.

The term "Employer" shall mean an individual firm who has been recognized by an assent to this Agreement.

## BASIC PRINCIPLES

The Chapter and the Union have a common sympathetic interest in the Electrical Industry. Progress in this industry demands a mutuality of confidence between the Chapter, the Employers and the Union. Therefore, a working system and harmonious relations are necessary to improve the relationship between the Chapter, the Employers, the Union and the Public so that all will benefit by continuous peace and by adjusting any differences by rational, common sense methods.

NOW THEREFORE, in consideration of the mutual promises and agreements herein contained, the parties hereto agree as follows:

## ARTICLE I
### Effective Date - Changes - Grievances - Disputes

<u>Section 1.01.</u>  This Agreement shall take effect January 1, 2016 and shall remain in effect until May 31, 2022 unless otherwise specifically provided for herein. It shall continue in effect from year to year thereafter, from June 1 through May 31 of each year, unless changed or terminated in the way later provided herein.

<u>Section 1.02.</u>  (a)  Either party or an Employer withdrawing representation from the Chapter or not represented by the Chapter, desiring to change or terminate this Agreement must provide written notification at least 90 days prior to the expiration date of the Agreement or any anniversary date occurring thereafter.

(b)  Whenever notice is given for changes, the nature of the changes desired must be specified in the notice, or no later than the first negotiating meeting unless mutually agreed otherwise.

(c)  The existing provisions of the Agreement, including this Article, shall remain in full force and effect until a conclusion is reached in the matter of proposed changes.

Exhibit B

1

(d)    Unresolved issues or disputes arising out of the failure to negotiate a renewal or modification of this agreement that remain on the 20th of the month preceding the next regular meeting of the Council on Industrial Relations for the Electrical Contracting Industry (CIR) may be submitted jointly or unilaterally to the Council for adjudication. Such unresolved issues or disputes shall be submitted no later than the next regular meeting of the Council following the expiration date of this agreement or any subsequent anniversary date. The Council's decisions shall be final and binding.

(e)    When a case has been submitted to the Council, it shall be the responsibility of the negotiating committee to continue to meet weekly in an effort to reach a settlement on the local level prior to the meeting of the Council.

(f)    Notice of a desire to terminate this Agreement shall be handled in the same manner as a proposed change.

**Section 1.03.**    This agreement shall be subject to change or supplement at any time by mutual consent of the parties hereto. Any such change or supplement agreed upon shall be reduced to writing, signed by the parties hereto, and submitted to the International Office of the IBEW for approval, the same as this Agreement.

**Section 1.04.**    There shall be no stoppage of work either by strike or lockout because of any proposed changes in this Agreement or dispute over matters relating to this Agreement. All such matters must be handled as stated herein.

**Section 1.05.**    There shall be a Labor-Management Committee of three representing the Union and three representing the Employers. It shall meet regularly at such stated times as it may decide. However, it shall also meet within 48 hours when notice is given by either party. It shall select its own Chairman and Secretary. The Local Union shall select the Union representatives and the Chapter shall select the management representatives.

**Section 1.06.**    All grievances or questions in dispute shall be adjusted by the duly authorized representative of each of the parties to this agreement. In the event that these two are unable to adjust any matter within 48 hours, they shall refer the same to the Labor-Management Committee.

**Section 1.07.**    All matters coming before the Labor-Management Committee shall be decided by majority vote. Four members of the Committee, two from each of the parties hereto, shall be a quorum for the transaction of business, but each party shall have the right to cast the full vote of its membership and it shall be counted as though all were present and voting.

**Section 1.08.**    Should the Labor-Management Committee fail to agree or to adjust any matter, such shall then be referred to the Council on Industrial Relations for the Electrical Contracting Industry for adjudication. The Council's decisions shall be final and binding.

**Section 1.09.**    When any matter in dispute has been referred to conciliation or arbitration for adjustment, the provisions and conditions prevailing prior to the time such matters arose shall not be changed or abrogated until agreement has been reached or a ruling has been made.

<u>Section 1.10.</u>  Any grievance not presented in writing for settlement as provided herein within 30 days of its alleged occurrence shall be deemed not to exist.

## ARTICLE II
### Employer Rights - Union Rights

<u>Section 2.01.</u>  The Union understands the employer is responsible to perform the work required by the owner.  The employer shall, therefore, have no restrictions except those specifically provided for in the collective bargaining agreement, in planning, directing and controlling the operation of all his work, in deciding the number and kind of employees to properly perform the work, in hiring and laying off employees, in transferring employees from job to job within the local Union's geographical jurisdiction, in determining the need and number as well as the person who will act as Foreman, in requiring all employees to observe the employer's and/or owner's rules and regulations not inconsistent with this agreement, in requiring all employees to observe all safety regulations, and in discharging employees for proper cause.

<u>Section 2.02.</u>  For employees covered by this Agreement, the Employer shall carry Workmen's Compensation Insurance, Social Security and such other protective insurance as may be required by law and shall furnish satisfactory proof of such to the Union, upon the Union's request.  He shall also make contributions to the State Unemployment Compensation Commission as required by law.

<u>Section 2.03.</u>  The Union agrees that if, during the life of this Agreement, it grants to any other Employer in the Electrical Contracting Industry on work covered by this Agreement, any better terms or conditions than those set forth in this Agreement, such better terms and conditions shall be made available to the Employer under the Agreement and the Union shall immediately notify the Employer of any such concession.

<u>Section 2.04.</u>  The Employer shall recognize the Union as the exclusive representative of all of its Employees performing work within the jurisdiction of the Union for purposes of collective bargaining with respect to rates of pay, hours of work and other conditions of employment.  Any and all such employees shall receive the rate of wages contained herein and under the conditions of this Agreement.

<u>Section 2.05.</u>  An employer signatory to a collective bargaining agreement or to a letter of assent to an agreement with another IBEW Local Union, who signs an assent to this Agreement, may bring up to four bargaining unit employees employed in that Local Union's jurisdiction into this Local's jurisdiction and up to two bargaining unit employees per job from that Local's jurisdiction to this Local's jurisdiction for specialty or service and maintenance work.  All charges of violations of this section shall be considered as a dispute and shall be processed in accordance with the provisions of this agreement for the handling of grievances with the exception that any decision of a local labor-management committee that may be contrary to the intent of the parties to the National Agreement on Employee Portability, upon recommendation of either or both the appropriate IBEW International Vice-President or NECA Regional Executive Director, is subject to review, modification, or rescission by the Council on Industrial Relations.

**Section 2.06.**   The Union reserves the right to discipline its members for violation of its laws, rules and agreements.

**Section 2.07.**   The selection and appointments of stewards may be made by the Union who will notify the Employer of the names of the assignees promptly. When it is practicable, the steward shall be the last man laid off and there shall be no discrimination against the steward for the faithful performance of his steward duties. The "Steward" shall be included in all overtime, provided he was a member of the crew assigned to the overtime work.

**Section 2.08.**   (a)   Employer agrees to furnish tools and equipment required to perform the work covered by the Agreement safely and efficiently other than the tools and equipment listed which shall be furnished by the Journeyman Lineman and all URD Installer and Crew Leader Classifications for their own personal use.

| **JOURNEYMAN LINEMAN** | **URD CLASSIFICATIONS** |
|---|---|
| Body Belt | Allan Wrench |
| Safety Strap | URD Utility Knife |
| Climbers | Crescent Wrench |
| Crescent Wrench | 8" Screw Driver |
| 8" Screw Driver | Hammer |
| Hammer | Folding Ruler |
| Skinning Knife | Lineman's Pliers |
| Lineman's Pliers | |
| Folding Ruler | |

(b)   Employer shall provide a box or building with lock for the safe keeping of all the employees tools.

(c)   All classifications are expected to have a current First Aid/CPR certification, OSHA-10, CDL and rigger/signalman qualification.

**Section 2.09.**   Any employee in the bargaining unit who are members of the Union on the effective date of this Agreement shall, as a condition of employment or continued employment, maintain such membership during the duration of this Agreement.

**Section 2.10.**   Any employee who is not a member of the Union and any employee who is hired on or after the effective date of this Agreement shall become a member of the Union eight days following the effective date of this Agreement or following his date of employment, whichever is later, and must maintain membership for the duration of this Agreement.

**Section 2.11.**   The Local Union is a part of the International Brotherhood of Electrical Workers and any violation or annulment by an individual Employer of the approved agreement of this or any other Local Union of the IBEW, other than violations of paragraph 2 of this Section, will be sufficient cause for the cancellation of this agreement by the Local Union after a finding has been made by the International President of the Union that such a violation or annulment has occurred.

The subletting, assigning, or transfer by an individual employer of any work in connection with electrical work to any person, firm or corporation not recognizing the IBEW or one of its local Unions as the collective bargaining representative of his employees on any electrical work in the jurisdiction of this or any other local Union to be performed at the site of the construction, alteration, painting, or repair of a building, structure or other work, will be deemed a material breach of this Agreement.

All charges of violations of paragraph 2 of this Section shall be considered as a dispute and shall be processed in accordance with the provision of this Agreement covering the procedure for the handling of grievances and the final and binding resolution of disputes.

**Section 2.12.** It is agreed by the employer and the Union that the provisions of this agreement shall be applied to all employees without regard to race, sex, age, color, creed, national origin, veteran or disability status.

## ARTICLE III
### Hours - Wages - Working Conditions

**Section 3.01.** (a) Regular hours of work shall be between 6:00 a.m. to 5:00 p.m. with one-half hour lunch period between the third and fifth hour from Monday to Friday inclusive. Starting time may be changed by mutual agreement.

(b) By mutual agreement between the employer and the Local Union, the employer may institute a work week consisting of four (4) consecutive ten (10) hour days between the hours of 6:00 A.M. and 6:30 P.M., Monday through Thursday, or Tuesday through Friday, with one-half hour allowed for a lunch period. If Monday through Thursday is scheduled, Friday may be used as a make-up day, and if utilized, a minimum of eight (8) hours must be scheduled. After ten (10) hours in a workday, or (40) hours in a work week, overtime shall be paid at the applicable rate of pay. (When four (4) consecutive work days Monday-Thursday or Tuesday-Friday are not scheduled, all work hours will revert to eight (8) hours at the regular applicable rate and all hours after eight (8) will be paid at the applicable over-time rate.

When the work week is changed from five (5) eight(8) hour days to four(4) ten(10) hour days or four(4) ten(10) hour days to five(5) eight(8) hour days, the contractor will give the employees a one week notice.

(c) On jobs or projects that are scheduled for 5 days Monday through Friday and greater than 8 hours per day (e.g. 5-9's or 5-10's), if an employee misses a work day for any reason other than those listed below*, his or her schedule may, at the discretion of the employer, revert to a 4 day – 10 hour schedule for such week as stated in Article III, Section 3.01(b).

*Inclement weather, lack of materials, employer or JATC scheduled training, lost-time work related injury, customer or contractor-related work stoppage, termination or layoff, if called to storm work by the current employer, funeral of immediate family members (including steps, in-laws and grandparents) or any other mutually agreed reason.

**Section 3.02.** Holidays, within the meaning of this Agreement, shall include:

| | | |
|---|---|---|
| New Year's Day | Independence Day | Thanksgiving Day |
| Memorial Day | Labor Day | Christmas Day |

Section 3.03.   Work performed outside of regular hours shall be paid for at the rate of time and one-half on week days and double time on Sundays and holidays.  Men shall not be required to take time off for overtime worked or to be worked.  On Sunday and holiday work, time worked after midnight shall continue at double time rates until 8:00 a.m. the day following.  The overtime is to be equally distributed as is practicable among the men employed on the classification of work where such overtime is worked or to be worked.

Section 3.04.   Employees shall be paid weekly not later than actual quitting time Friday.  Such payment shall include all wages earned during the previous calendar week up to 12:00 midnight Saturday.  All deductions will be itemized on the check stub.

Section 3.05.   Classifications/Wages: The minimum hourly rate of wages shall be as follows:

| Classification | Percent of Journeyman | Effective 6-1-2015 | Effective 6-5-2016 | Effective 6-4-2017 | Effective 6-3-2018 | Effective 6-2-2019 | Effective 5-31-2020 | Effective 5-30-2021 |
|---|---|---|---|---|---|---|---|---|
| General Foreman | 117.5% | $49.51 | $51.00 | $52.52 | $54.23 | $55.85 | $57.53 | $59.26 |
| Crew Foreman | 110% | $46.35 | $47.74 | $49.17 | $50.77 | $52.28 | $53.86 | $55.47 |
| URD 2-Man Crew Leader | 103.75% | $43.72 | $45.03 | $46.38 | $47.88 | $49.31 | $50.80 | $52.32 |
| ***Journeyman Lineman | 100% | $42.14 | $43.40 | $44.70 | $46.15 | $47.53 | $48.96 | $50.43 |
| ****Substation Technician | 100% | $42.14 | $43.40 | $44.70 | $46.15 | $47.53 | $48.96 | $50.43 |
| *Heavy Equipment Operator w/Certification | 95% | $40.03 | $41.23 | $42.47 | $43.84 | $45.15 | $46.51 | $47.91 |
| *Heavy Equipment Operator | 90% | $37.93 | $39.06 | $40.23 | $41.54 | $42.78 | $44.06 | $45.39 |
| Equipment Operator | 80% | $33.71 | $34.72 | $35.76 | $36.92 | $38.02 | $39.17 | $40.34 |
| Operator Trainee II | 75% | $31.61 | $32.55 | $33.53 | $34.61 | $35.65 | $36.72 | $37.82 |
| Operator Trainee I | 70% | $29.50 | $30.38 | $31.29 | $32.31 | $33.27 | $34.27 | $35.30 |
| **Heavy Groundsman Driver | 70% | $29.50 | $30.38 | $31.29 | $32.31 | $33.27 | $34.27 | $35.30 |
| Light Groundsman Driver | 65% | $27.39 | $28.21 | $29.06 | $30.00 | $30.89 | $31.82 | $32.78 |
| Groundsman | 55% | $23.18 | $23.87 | $24.59 | $25.38 | $26.14 | $26.93 | $27.74 |

**APPRENTICE LINEMAN**   Refer to Outside Area and Training Provision, Article V Apprenticeship wages shall be divided into seven (7) 1000 hour periods

| Apprentice Lineman: | Effective 1-1-2016 | Effective 6-5-2016 | Effective 6-4-2017 | Effective 6-3-2018 | Effective 6-2-2019 | Effective 5-31-2020 | Effective 5-30-2021 |
|---|---|---|---|---|---|---|---|
| 1st Period 60% of Journeyman Lineman Rate | $25.28 | $26.04 | $26.82 | $27.69 | $28.52 | $29.38 | $30.26 |
| 2nd Period 65% of Journeyman Lineman Rate | $27.39 | $28.21 | $29.06 | $30.00 | $30.89 | $31.82 | $32.78 |
| 3rd Period 70% of Journeyman Lineman Rate | $29.50 | $30.38 | $31.29 | $32.31 | $33.27 | $34.27 | $35.30 |
| 4th Period 75% of Journeyman Lineman Rate | $31.61 | $32.55 | $33.53 | $34.61 | $35.65 | $36.72 | $37.82 |
| 5th Period 80% of Journeyman Lineman Rate | $33.71 | $34.72 | $35.76 | $36.92 | $38.02 | $39.17 | $40.34 |
| 6th Period 85% of Journeyman Lineman Rate | $35.82 | $36.89 | $38.00 | $39.23 | $40.40 | $41.62 | $42.87 |
| 7th Period 90% of Journeyman Lineman Rate | $37.93 | $39.06 | $40.23 | $41.54 | $42.78 | $44.06 | $45.39 |

| Apprentice Substation Technician: | Effective 1-1-2016 | Effective 6-5-2016 | Effective 6-4-2017 | Effective 6-3-2018 | Effective 6-2-2019 | Effective 5-31-2020 | Effective 5-30-2021 |
|---|---|---|---|---|---|---|---|
| 1st Period 60% of Substation Technician Rate | $25.28 | $26.04 | $26.82 | $27.69 | $28.52 | $29.38 | $30.26 |
| 2nd Period 65% of Substation Technician Rate | $27.39 | $28.21 | $29.06 | $30.00 | $30.89 | $31.82 | $32.78 |
| 3rd Period 70% of Substation Technician Rate | $29.50 | $30.38 | $31.29 | $32.31 | $33.27 | $34.27 | $35.30 |
| 4th Period 75% of Substation Technician Rate | $31.61 | $32.55 | $33.53 | $34.61 | $35.65 | $36.72 | $37.82 |
| 5th Period 80% of Substation Technician Rate | $33.71 | $34.72 | $35.76 | $36.92 | $38.02 | $39.17 | $40.34 |
| 6th Period 85% of Substation Technician Rate | $35.82 | $36.89 | $38.00 | $39.23 | $40.40 | $41.62 | $42.87 |
| 7th Period 90% of Substation Technician Rate | $37.93 | $39.06 | $40.23 | $41.54 | $42.78 | $44.06 | $45.39 |

\* Heavy Equipment Operator scale will be paid for setting assembled "H" structures or steel transmission structures and for the operation of crane mounted caisson drilling machines. If the employer places a call for a Heavy Operator with certification, all hours worked will be at the <u>with certification</u> rate of pay. If the employer no longer has the need for someone with certification and wants to keep that person, they can give the employee the option to take a layoff or be reduced to the regular Equipment Operator pay.

NCCCO/CIC or equivalent will be considered w/certification.

\*\*Heavy Groundsman-Truck Driver scale will be paid for operation of boom trucks, boom/digger trucks, bucket trucks, 5th wheel tractors, line trucks (2 ½ ton) provided the employee assigned to perform said work has had six months experience operating this equipment, and for small cranes incidental to the loading of equipment.

\*\*\*When Live-Line Barehand work is performed, a $2.50 per hour premium shall be paid to all Journeyman Lineman on that project who are certified in Barehand work. Only qualified Journeyman Lineman who have been certified will perform such work. The minimum standard to become certified shall consist of no less than 120 hours of training consistent with the course outline as per attached side letter. Barehand qualified Linemen are required to complete an annual review of standards and competence in order to maintain their certification. Documentation shall be maintained of all Barehand training.

Workmen employed in the Groundsman through Journeyman Lineman classifications shall perform groundsman work as directed

Workmen performing duties of a dynamiter shall receive the Journeyman Lineman's rate of pay for the day assigned to such work.

\*\*\*\*Substation Technicians are defined as individuals who have completed a Substation Technician Apprenticeship or who have been previously classified as a Substation Technician by a Utility Company.

<u>Section 3.06</u>  The Employer shall furnish transportation to and from the job site in a personal carrier or covered conveyance with safe seating arrangement and safe and adequate heating. Suitable drinking water and containers shall be furnished on all trucks. The work day of each employee shall begin and end at the job headquarters.

<u>Section 3.07.</u>  When headquarters or job location are changed at the Employer's request, the time consumed in traveling to the new headquarters or job locations will be paid at prevailing rates of pay. When suitable transportation is made available by the Employer, no additional expense other than traveling time will be allowed. Men transferred from the regular headquarters to work in another area for a period of less than one week will be provided room for such period.

Reporting to a new headquarters location on a Monday, where notification of such transfer was given no later than the last work day of the previous work week would not require travel payment.

<u>Section 3.08.</u> The Employer agrees to deduct and forward to the Financial Secretary of the Local Union—upon receipt of a voluntary written authorization–the additional working dues from the pay of each IBEW member. The amount to be deducted shall be the amount specified in the approved Local Union Bylaws. Such amount shall be certified to the Employer by the Local Union upon request by the Employer.

<u>Section 3.09</u> (a)    The selection and appointment of all foreman will be made by the Employer who will notify the Union of the names of the assignees promptly. The Employer shall have the right to select from the "Out-Of-Work List"-Book 1, any and all foreman required for a given project. Any person selected in this manner shall remain a foreman for the duration of said project. Only qualified journeyman lineman capable of performing supervisory duties shall be appointed as foreman if such classification is available. A foreman shall be in charge of each regularly constituted crew. A foreman shall be allowed to supervise up to four(4) workers. Workmen are not to take directions or orders or accept the layout of any job from anyone except the foreman.

(b)    The Foreman shall not be required to work with tools if it would interfere with his properly looking after his work as a foreman or the safety of the men in his charge.

(c)    When three (3) or more crews are working on any one project, a general foreman will be employed.

<u>Section 3.10.</u> Unless notified to the contrary before 9:00 p.m. on the day previous, and employee reporting for work at regular starting time, and through no fault of his, being unable to work due to inclement weather, lack of material, or other causes, shall receive two hours pay. Any employee having started work at the regular starting time and continues into the third hour of the regular working day and, through no fault of his, as stated hereinbefore, be unable to continue work shall be paid a minimum of four hours. If he continues into the fifth hour, he shall receive six hours pay. This applies only to those who remain on the job until released. Employees will not be paid over two hours non-productive time. Employees being paid under the provisions of this paragraph shall perform any work assigned to them provided that they are fully protected from inclement weather and that the work assigned is appropriate to his classification.

<u>Section 3.11.</u> When so elected by the Contractor, multiple shifts of at least five (5) days' duration may be worked. When two (2) or three (3) shifts are worked:

The first shift (day shift) shall be worked between the hours of 8:00 A.M. and 4:30 P.M. Workmen on the "day shift" shall receive eight (8) hours' pay at the regular hourly rate for eight (8) hours' work.

The second shift (swing shift) shall be worked between the hours of 4:30 P.M.. and 12:30 A.M. Workmen on the "swing shift" shall receive eight(8) hours' pay at the regular hourly rate plus 10% for seven and one-half (7 ½) hours' work.

The third shift (graveyard shift) shall be worked between the hours of 12:30 A.M. and 8:00 A.M. Workmen on the "graveyard shift" shall receive eight (8) hours' pay at the regular hourly rate plus 15% for seven (7) hours' work.

A lunch period of thirty (30) minutes shall be allowed on each shift. All overtime work required after the completion of a regular shift shall be paid at one and one-half times the "shift" hourly rate.

There shall be no pyramiding of overtime rates and double the straight rate shall be the maximum compensation for any hour worked. There shall be no requirement for a day shift when either the second or third shift is worked.

Section 3.12. When it is necessary that the employees covered hereby work other than their scheduled working hours and such work interferes with a regular meal time, the Employer will allow $15.00 toward the cost of a meal in addition to reasonable time to eat, and will continue to do so at regular intervals of six hours thereafter while they continue to work. However, no eating time will be allowed during scheduled working hours. If, when an employee is released from work a meal is due him, he will be entitled to $15.00 for the meal but no time allowance for eating; however, a man held one-half hour or more past regular meal time will be allowed one-half hour at the applicable overtime rate. Regular meal time is interpreted to mean every six hours before or after the mid-shift meal. When the nature of the work or the needs of the service render this schedule impracticable, reasonable deviation therefrom may be made.

Section 3.13. A minimum of two (2) hours pay, at the applicable overtime rate, shall be paid by the Employer to each employee called back to work after having been released from his regular day's work. Time on such call-back is to start when the employee reports and end when he is released.

Section 3.14. The Employer agrees to notify the steward in advance of any group layoffs.

Section 3.15. When a man is terminated, the employer shall complete a three (3) part termination notice, furnished by the Union, and give one copy to the terminated employee, mail one copy to the Local Union Office, and retain one copy for his files. The termination report shall include the actual hours of work due the employee at the time of layoff.

Section 3.16. Any workman discharged shall be paid his wages immediately. In the event an employee is not paid as provided above, waiting time at the regular straight time rate shall be charged until payment is made but waiting time not to exceed eight (8) hours in any one 24-hour period. A workman who is laid-off shall be paid his wages in a regular and timely manner by mail. If a discharged employee is paid off by direct deposit, payment shall be initiated the same day as the termination.

**Section 3.17.**  (a)If, during the course of a work period, adverse weather is encountered, employees will place electrical equipment and conductors in a safe condition in order to preserve life and property. This work will be done at the prevailing rates of pay. If, however, employees are required to continue with this work during adverse weather beyond one hour's time, then all such work performed during adverse weather shall be paid for at one and one-half times rate of pay and shall remain in effect until released for a rest period of eight (8) continuous hours. However, if such work should continue into a Sunday or holiday, the double time rate would apply until 12:01 a.m. at which time the employee would revert to the one and one-half times rate of pay until broken by the eight hour rest period.

Adverse weather shall be when men are required to work during rain, sleet, snow or ice covered conductors and/or supporting structures.

(b)STORM WORK: When the Customer declares a Storm Emergency, requests mutual aid, or employees are required to work on ice-covered conductors or structures, all hours worked shall be paid at one and one-half times rate of pay and shall remain in effect until such conditions no longer exist. Sundays and Holidays shall be paid at double time rate of pay.

**Section 3.18.**  The Employer will not require men covered in this Agreement to work out of doors during inclement weather.

**Section 3.19.**  When crews or parts of crews travel out of headquarters they are, except in emergency, to be notified not later than quitting time of the day previous.

**Section 3.20.**  When crews are headquartered and working within the limits of a city, village or town, the employees of such crews shall report to work and quit work at the job location or at a designated reporting place.

**Section 3.21.**  The Employer shall make every effort to establish headquarters at a location where suitable board and lodging is available.

**Section 3.22.**  Two journeymen linemen working together shall be employed on all energized lines or energized high tension equipment transmitting in excess of 500 volts. However, apprentices in their fourth step or above may assist a journeyman lineman in performing such work provided that the journeyman lineman is on the pole or in a bucket adjacent to the apprentice at all times that the apprentice is working on any energized conductor in excess of 500 volts.

All apprentices (regardless of their step in the program) MUST be observed by a Journeyman Lineman anytime they are working on a structure that has energized lines or equipment present or has the potential of becoming energized. (i.e. hot crossing)

Anytime an apprentice (regardless of their step in the program) is performing work that is within arm's reach of energized lines or equipment or is within the Minimum Approach Distance as outlined by OSHA (whichever is greater) there MUST be a Journeyman Lineman in the elevated position with the apprentice at all times.

10

Section 3.23. No "new" groundsmen may be hired, unless there are no Indentured Apprentice Linemen available; or the Ranking Sheet, listing those applicants qualified for Apprenticeship and Training (provided by Missouri Valley Line Constructors Apprenticeship and Training) for the State of Wisconsin is exhausted.

Section 3.24. Standard safety provisions of the Federal Occupational Safety & Health Act and Wisconsin Administrative Code shall be the minimum standards for work done under this Agreement.

Section 3.25. The Union will furnish each employer with printed rejection forms to be used by the employer when rejecting applicants. These forms will have a place for the name of the person they are rejecting, the date, the name of the company and the supervisors signature. The employer agrees to FAX or mail one such form to the office of Local 953 or 2150, whichever Local referred the rejected individual. This will be done each time an applicant is rejected.

## ARTICLE IV
### Employment Referral Procedure

Section 4.01. In the interest of maintaining an efficient system of production in the industry, providing for an orderly procedure of referral of applicants for employment, preserving the legitimate interests of employees in their employment status within the area and of eliminating discrimination in employment because of membership or non-membership in the Union, the parties hereto agree to the following system of referral of applicants for employment.

Section 4.02. The Union shall be the sole and exclusive source of referral of applicants for employment.

Section 4.03. The Employer shall have the right to reject any applicant for employment.

Section 4.04. The Union shall select and refer applicants for employment without discrimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, regulations, by-laws, constitutional provisions or any other aspect or obligation of Union membership policies or requirements. All such selection and referral shall be in accord with the following procedure.

Section 4.05. The Union shall maintain a register of applicants for employment established on the basis of the Classifications and Groups listed below. Each applicant for employment shall be registered in the highest priority Group in the classification or classifications for which he qualifies.

## CLASSIFICATION A-JOURNEYMAN LINEMAN/JOURNEYMAN TECHNICIAN

Group I

All applicants for employment who have three and one-half(3-1/2) or more years' experience in the trade, are residents of the geographical area constituting the normal construction labor market, have passed a Journeyman Lineman's examination given by a duly constituted Outside Construction Local Union of the I.B.E.W. or have been certified as a Journeyman Lineman by any Outside Joint Apprenticeship and Training Committee, and who have been employed in the trade for a period of at least one(1) year in the last three and one-half(3-1/2) years in the geographical area covered by the collective bargaining agreement.

Group I status shall be limited to one Local Union at one time. An applicant who qualifies for Group I in a local union shall be so registered electronically and remain on Group I in that local union unless and until the applicant designates another local union as his or her Group I local union. If an applicant qualifies for Group I status in a local union other than his or her home local union and designates that local as his or her Group I local union, the business manager of the new group I status local union shall by electronic means notify the business manager of the applicant's former Group I status local union.

Group II

All applicants for employment who have three and one-half(3-1/2) or more years' experience in the trade and who have passed a Journeyman Lineman's examination given by a duly constituted Outside Local Union of the IBEW or have been certified as a Journeyman Lineman by any Outside Joint Apprenticeship and Training Committee.

Group III

All applicants for employment who have two or more years' experience in the trade, are residents of the geographical area constituting the normal construction labor market, and who have been employed in the normal construction labor market area for at least six(6) months in the last two and one-half(2-1/2) years in the geographical area covered by the collective bargaining agreement.

Group IV

All applicants for employment who have worked at the trade for more than one year.

## CLASSIFICATION B - HEAVY EQUIPMENT OPERATOR

Group I

All applicants for employment who have experience in the trade, are residents of the geographical area constituting the normal construction labor market, have passed an examination pertaining to their classification given by a duly constituted Outside Construction Local Union of the IBEW, and who have been employed in the trade for a period of at least one(1) year in the last four(4) years in the geographical area covered by the collective bargaining agreement.

| | |
|---|---|
| Group II | All applicants for employment who have experience in the trade and have passed an examination pertaining to their classification given by a duly constituted Outside Construction Local Union of the IBEW. |
| Group III | All applicants for employment who have experience in the trade, are residents of the geographical area constituting the normal construction labor market, and who have been employed in the normal construction labor market area for at least six(6) months in the last three(3) years in the geographical area covered by the collective bargaining agreement. |
| Group IV | All applicants for employment who have worked at the trade for more than one year. |

## CLASSIFICATION C - GROUNDMAN/TRUCK DRIVER

| | |
|---|---|
| Group I | All applicants for employment who have experience in the trade, are residents of the geographical area constituting the normal construction labor market, have the necessary qualifications pertaining to their classification, and who have been employed in the trade for a period of at least one(1) year in the last four(4) years in the geographical area covered by the collective bargaining agreement. |
| Group II | All applicants for employment who have worked in the trade for more than one year. |
| Group III | All applicants for employment who have experience in the trade, are residents of the geographical area constituting the normal construction labor market, and who have been employed in the normal construction labor market area for at least six(6) months in the last three(3) years in the geographical area covered by the collective bargaining agreement. |
| Group IV | All other applicants for employment. |

Section 4.06. If the registration list is exhausted and the Local Union is unable to refer applicants for employment to the Employer within 48 hours from the time of receiving the Employer's request, Saturdays, Sundays, and holidays excepted, the Employer shall be free to secure applicants without using the Referral Procedure but such applicants, if hired, shall have the status of "temporary employees".

Section 4.07. The Employer shall notify the Business Manager promptly of the names and Social Security numbers of such "temporary employees" and shall replace such "temporary employees" as soon as registered applicants for employment are available under the Referral Procedure.

13

**Section 4.08.**  "Normal Construction Labor Market" is defined to mean the following geographical area plus the commuting distance adjacent thereto which includes the area from which the normal labor supply is secured:  State of Wisconsin.

The above geographical area is agreed upon by the parties to include the area defined by the Secretary of Labor to be the appropriate prevailing wage area under the Davis-Bacon Act to which the Agreement applies.

**Section 4.09.**  "Resident" means a person who has maintained his permanent home in the above defined geographical area for a period of not less than one year or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as his permanent home.

**Section 4.10.**  An "Examination" shall include experience rating tests if such examination shall have been given prior to the date of this procedure, but from and after the date of this procedure, shall include only written and/or practical examinations given by a duly constituted Outside Construction Local Union of the I.B.E.W.  Reasonable intervals of time for examinations are specified as ninety(90) days.  An applicant shall be eligible for examination if he has three and one-half(3 1/2) years' experience in the trade.

**Section 4.11.**  The Union shall maintain an "Out-of-Work List" which shall list the applicants within each Group in chronological order of the dates they register their availability for employment.

**Section 4.12.**  An applicant who has registered on the "Out-of-Work List" must renew his application every thirty days or his name will be removed from the "List".

**Section 4.13.**  An applicant who is hired and who receives, through no fault of his own, work of forty hours or less shall, upon re-registration, be restored to his appropriate place within his Group.

**Section 4.14.**  (a)Employers shall advise the Business Manager of the Local Union of the number of applicants needed.  The Business Manager shall refer applicants to the Employer by first referring applicants in Group I in the order of their place on the "Out of Work List" and then referring applicants in the same manner successively from the "Out of Work List" in Group II, then Group III, and then Group IV.  Any applicant who is rejected by the Employer shall be returned to his appropriate place within his Group and shall be referred to other employment in accordance with the position of his Group and his place within his Group.

(b)An applicant who is discharged for cause two times within a 12-month period shall be referred to the neutral member of the Appeals Committee for a determination as to the applicant's continued eligibility for referral. The neutral member of the Appeals Committee shall, within three business days, review the qualifications of the applicant and the reasons for the discharges. The neutral member of the Appeals Committee may, in his or her sole discretion: (1) require the applicant to obtain further training from the JATC before again being eligible for referral; (2) disqualify the applicant for referral for a period of four weeks or longer depending on the seriousness of the conduct and/or repetitive nature of the conduct; (3) refer the applicant to an employee assistance program, if available, for evaluation and recommended action; or (4) restore the applicant to his/her appropriate place on the referral list.

**Section 4.15.** The only exceptions which shall be allowed in this order of referral are as follows:

(a)    When the Employer states bona fide requirements for special skills and abilities in his request for applicants, the Business Manager shall refer the first applicant on the register possessing such skills and abilities.

(b)    The age ratio clause in the Agreement calls for the employment of an additional employee or employees on the basis of age. Therefore, the Business Manager shall refer the first applicant on the register satisfying the applicable age requirements provided, however, that all names in higher priority Groups, if any, shall first be exhausted before such overage reference can be made.

**Section 4.16.** An Appeals Committee is hereby established composed of one member appointed by the Union, one member appointed by the Employer or by the Association, as the case may be, and a Public Member appointed by both these members.

**Section 4.17.** It shall be the function of the Appeals Committee to consider any complaint of any employee or applicant for employment arising out of the administration by the Local Union of Sections 4.04 through 4.15 of the Agreement. The Appeals Committee shall have the power to make a final and binding decision on any such complaint which shall be complied with by the Local Union. The Appeals Committee is authorized to issue procedural rules for the conduct of its business but it is not authorized to add to, subtract from, or modify any of the provisions of this Agreement and its decisions shall be in accord with this Agreement.

**Section 4.18.** A representative of the Employer or of the Association, as the case may be, designated to the Union in writing, shall be permitted to inspect the Referral Procedure records at any time during normal business hours.

**Section 4.19.** A copy of the Referral Procedure set forth in this Agreement shall be posted on the bulletin board in the offices of the Local Union and in the offices of the Employers who are parties to this Agreement.

**Section 4.20.** Apprentices shall be hired and transferred in accordance with the apprenticeship provisions of the Outside Area Training Agreement.

**Section 4.21.** An Employer may call back a previous employee within 60 calendar days from the employees' last day of actual work, provided the employee does not sign the referral books and the employer notifies the local union office.

## ARTICLE V
### Enabling Clause

Section 5.01. The Area Training Agreement entered into between the <u>Missouri Valley Line Constructors Chapter</u> of NECA, and IBEW Local Union number <u>953</u> and <u>2150</u> as approved by the International President on **February 23, 2000**, and as amended, shall govern all matters of apprenticeship and training, and the financing thereof. Presently, the contribution rate to the Apprenticeship and Training Trust is <u>(1%) one percent</u> of the Gross Monthly Labor Payroll. Apprentices' wages and ratio of apprentice to Journeymen are specified in the Area Training Agreement.

## ARTICLE VI

### Fringe Benefits

Section 6.01. It is agreed that in accord with the Employees Benefit Agreement of the National Electrical Benefit Fund ("NEBF"), as entered into between the National Electrical Contractors Association and the International Brotherhood of Electrical Workers on September 3, 1946, as amended, and now delineated as the Restated Employees Benefit Agreement and Trust, that unless authorized otherwise by the NEBF the individual Employer will forward monthly to the NEBF's designated Local collection agent an amount equal to 3% of the gross monthly labor payroll paid to, or accrued by, the employees in this bargaining unit, and a completed payroll report prescribed by the NEBF. The payment shall be made by check or draft and shall constitute a debt due and owing to the NEBF on the last day of each calendar month, which may be recovered by suit initiated by the NEBF or its assignee. The payment and the payroll report shall be mailed to reach the office of the appropriate local collection agent not later than fifteen (15) calendar days following the end of each calendar month.

The individual employer hereby accepts, and agrees to be bound by, the Restated Employees Benefit Agreement and Trust.

An individual employer who fails to remit as provided above shall be additionally subject to having his agreement terminated upon seventy-two (72) hours' notice in writing being served by the Union, provided the individual employer fails to show satisfactory proof that the required payments have been paid to the appropriate local collection agent.

The failure of an individual Employer to comply with the applicable provisions of the Restated Employees Benefit Agreement and Trust shall also constitute a breach of this Labor Agreement.

If during the term of the collective bargaining agreement, the Trustees of NEBF increase the required funding, the Union will have the option to reduce the wages or benefits by an equal amount to the NEBF increase effective the date such increase commences and the Employer shall then contribute to the NEBF such increase described above

16

**Section 6.02.** The Employer agrees to pay into a Benefit Fund, known as the Line Construction Benefit Fund, Five Dollars and Twenty-Five cents($5.25), effective January 1, 2017 Five dollars and Fifty cents ($5.50), effective January 1, 2018 Five Dollars and Seventy-Five cents ($5.75) and effective January 1, 2019 Six Dollars ($6.00) for each hour worked by all employees covered by this Agreement. The contributions of the Employer shall be used to provide temporary disability insurance, hospital, surgical and medical expense benefits to eligible employees and/or their dependents in such form and amount as the trustees of the Benefit Fund may determine and to provide funds for the organization and administration expense of the Benefit Fund. The contribution may also be used to provide group life insurance to eligible employees if the trustees of the Benefit Fund determine this protection is advisable. The said Benefit Fund shall be administered pursuant to an Agreement and Declaration of Trust administered jointly by representatives of the Chapter and the Unions. The contribution and the report form shall be mailed to reach the office of the Lineco Fund not later than fifteen (15) calendar days following the end of each calendar month.

If Lineco increases beyond $6.00 per hour worked during the effective dates of this agreement, it will be paid through a corresponding decrease in the Lineco HRA contribution amounts.

**Section 6.03.** **IBEW VEBA Health Savings Plan & Trust**: The Employer agrees to pay into a Benefit Fund, known as the IBEW VEBA Health Savings Trust, an amount equal to two and one half per cent (2.5 %) of the gross earnings of employees covered by this collective bargaining agreement between the parties hereto. The contributions of the Employer shall be used to provide retirement health benefits to eligible employees and/or their dependents in such form and amount as the trustees of the Benefit Fund may determine and to provide funds for the organization and administration expense of the Benefit Fund. The contribution may also be used to provide group life insurance to eligible employees if the trustees of the Benefit Fund determine this protection is advisable. The payment and the payroll report shall be mailed to reach the office of the appropriate local collection agent not later than fifteen (15) calendar days following the end of each calendar month. Effective June 5, 2016 the IBEW VEBA Health Savings Plan & Trust will be converted to a Benefit Fund known as the Line Construction Health Reimbursement Account (HRA).

Effective June 5, 2016 the Employer agrees to pay into a Benefit Fund, known as the Line Construction Health Reimbursement Account(HRA), an amount equal to the dollar($) value as defined below for all hours worked by employees covered by this Agreement.

17

## HRA CONTRIBUTION AMOUNTS PAID PER HOUR WORKED:

| Classification | Effective 6-5-2016 | Effective 1-1-2017 | Effective 6-4-2017 | Effective 1-1-2019 | Effective 6-2-2019 | Effective 1-1-2021 | Effective 1-1-2022 |
|---|---|---|---|---|---|---|---|
| General Foreman | $1.36 | $1.11 | $1.36 | $1.11 | $1.61 | $1.86 | $2.11 |
| Crew Foreman | $1.27 | $1.02 | $1.27 | $1.02 | $1.52 | $1.77 | $2.02 |
| URD 2-Man Crew Leader | $1.20 | $0.95 | $1.20 | $0.95 | $1.45 | $1.70 | $1.95 |
| Journeyman Lineman | $1.16 | $0.91 | $1.16 | $0.91 | $1.41 | $1.66 | $1.91 |
| Substation Technician | $1.16 | $0.91 | $1.16 | $0.91 | $1.41 | $1.66 | $1.91 |
| Heavy Equipment Operator w/Certification | $1.10 | $0.85 | $1.10 | $0.85 | $1.35 | $1.60 | $1.85 |
| Heavy Equipment Operator | $1.04 | $0.79 | $1.04 | $0.79 | $1.29 | $1.54 | $1.79 |
| Equipment Operator | $0.93 | $0.68 | $0.93 | $0.68 | $1.18 | $1.43 | $1.68 |
| Operator Trainee II | $0.87 | $0.62 | $0.87 | $0.62 | $1.12 | $1.37 | $1.62 |
| Operator Trainee I | $0.81 | $0.56 | $0.81 | $0.56 | $1.06 | $1.31 | $1.56 |
| Heavy Groundsman Driver | $0.81 | $0.56 | $0.81 | $0.56 | $1.06 | $1.31 | $1.56 |
| Light Groundsman Driver | $0.75 | $0.50 | $0.75 | $0.50 | $1.00 | $1.25 | $1.50 |
| Groundsman | $0.64 | $0.39 | $0.64 | $0.39 | $0.89 | $1.14 | $1.39 |

| Apprentice Lineman: | Effective 6-5-2016 | Effective 1-1-2017 | Effective 6-4-2017 | Effective 1-1-2019 | Effective 6-2-2019 | Effective 1-1-2021 | Effective 1-1-2022 |
|---|---|---|---|---|---|---|---|
| Apprentice 1st Period | $0.70 | $0.45 | $0.70 | $0.45 | $0.95 | $1.20 | $1.45 |
| Apprentice 2nd Period | $0.75 | $0.50 | $0.75 | $0.50 | $1.00 | $1.25 | $1.50 |
| Apprentice 3rd Period | $0.81 | $0.56 | $0.81 | $0.56 | $1.06 | $1.31 | $1.56 |
| Apprentice 4th Period | $0.87 | $0.62 | $0.87 | $0.62 | $1.12 | $1.37 | $1.62 |
| Apprentice 5th Period | $0.93 | $0.68 | $0.93 | $0.68 | $1.18 | $1.43 | $1.68 |
| Apprentice 6th Period | $0.99 | $0.74 | $0.99 | $0.74 | $1.24 | $1.49 | $1.74 |
| Apprentice 7th Period | $1.04 | $0.79 | $1.04 | $0.79 | $1.29 | $1.54 | $1.79 |

| Apprentice Substation Technician: | Effective 6-5-2016 | Effective 1-1-2017 | Effective 6-4-2017 | Effective 1-1-2019 | Effective 6-2-2019 | Effective 1-1-2021 | Effective 1-1-2022 |
|---|---|---|---|---|---|---|---|
| Apprentice 1st Period | $0.70 | $0.45 | $0.70 | $0.45 | $0.95 | $1.20 | $1.45 |
| Apprentice 2nd Period | $0.75 | $0.50 | $0.75 | $0.50 | $1.00 | $1.25 | $1.50 |
| Apprentice 3rd Period | $0.81 | $0.56 | $0.81 | $0.56 | $1.06 | $1.31 | $1.56 |
| Apprentice 4th Period | $0.87 | $0.62 | $0.87 | $0.62 | $1.12 | $1.37 | $1.62 |
| Apprentice 5th Period | $0.93 | $0.68 | $0.93 | $0.68 | $1.18 | $1.43 | $1.68 |
| Apprentice 6th Period | $0.99 | $0.74 | $0.99 | $0.74 | $1.24 | $1.49 | $1.74 |
| Apprentice 7th Period | $1.04 | $0.79 | $1.04 | $0.79 | $1.29 | $1.54 | $1.79 |

If Lineco increases beyond $6.00 per hour worked during the effective dates of this agreement, it will be paid through a corresponding decrease in the listed Lineco HRA contribution amounts.

**Section 6.04.**   <u>Savings Plan</u> -- Each Employer covered by this Agreement shall deduct an amount equal to seven per cent (7%) of the gross earnings of employees covered by this collective bargaining agreement between the parties hereto. The Employer will remit all deductions made monthly within fifteen (15) calendar days following the end of each calendar month to the:

> Empower Credit Union
> 10635 W Greenfield Avenue
> West Allis  WI  53214

Each Employee shall have the option of participating in the Empower Credit Union Savings Plan at the time they are initially hired.  Thereafter, all employees shall have a choice of opting either in or out of Empower Credit Union once per year on a date mutually agreed to between the Union and the Employer.

If you choose to change the status of your participation in the Empower Credit Union, you must notify your employer in writing by November 15th of the current year. Whether you choose to stop your deduction or start a deduction, any change will be effective January 1st of the following year. If you do not want any changes in your status, <u>do not</u> submit a letter.

**Section 6.05.**   It is agreed that in accord with the IBEW-District Ten-NECA Individual Equity Retirement Plan Agreement entered into between the National Electrical Contractors Association, Inc., and the International Brotherhood of Electrical Workers on December 11, 1973, as amended, and now delineated as the National Electrical Annuity Plan Agreement and Trust, that unless authorized otherwise by the National Electrical Annuity Plan (NEAP), the individual Employer will forward monthly to NEAP'S designated collection agent an amount equal to twenty-five percent (25.0%) of each employees gross monthly pay as defined in Article III of this agreement, together with a completed payroll report  prescribed by the NEAP.  The payment shall be made by check or draft and shall constitute a debt due and owing to NEAP on the last day of each calendar month, which may be recovered by suit initiated by NEAP or its assignee.  The payment and the payroll report shall be mailed to reach NEAP not later than fifteen (15) calendar days following the end of each calendar month.

The individual employer hereby accepts, and agrees to be bound by, the National Electrical Annuity Plan Agreement and Trust.

An individual Employer who fails to remit as provided above shall be additionally subject to having his Agreement terminated upon seventy-two (72) hours notice in writing being served by the Union, provided the individual Employer fails to show satisfactory proof that the required payments have been paid to the appropriate collection agent.

The failure of an individual Employer to comply with the applicable provisions of the National Electrical Annuity Plan Agreement and Trust shall also constitute a breach of his Labor Agreement.

**ARTICLE VII**
National Electrical Industry Fund

Section 7.01.  Each individual employer shall contribute an amount not to exceed one percent (1%) nor less than .2 of 1% of the productive electrical payroll as determined by each local chapter and approved by the Trustees, with the following exclusions:

1)Twenty-five percent (25%) of all productive electrical payroll in excess of 75,000 man-hours paid for electrical work in any one Chapter area during any one calendar year but not exceeding 150,000 man-hours.

2)One Hundred percent (100%) of all productive electrical payroll in excess of 150,000 man-hours paid for electrical work in any one Chapter area during any one calendar year.

(Productive electrical payroll is defined as the total wages including overtime paid with respect to all hours worked by all classes of electrical labor for which a rate is established in the prevailing labor area where the business is transacted.) Payment shall be forwarded monthly to the National Electrical Industry Fund in a form and manner prescribed by the Trustees no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. Failure to do so will be considered a breach of this agreement on the part of the individual employer.

**ARTICLE VIII**

Local Labor-Management Cooperation Committee (LMCC)

Section 8.01.  The parties agree to participate in a Labor-Management Cooperation Fund, under authority of Section 6(b) of the Labor Management Cooperation Act of 1978, 29 U.S.C. 175(a) and Section 302(c)(9) of the Labor Management Relations Act, 29 U.S.C. 186(c)(9).  The purposes of this Fund include the following:

1) to improve communications between representatives of Labor and Management;

2) to provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organizational effectiveness;

3) to assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

4) to study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

5) to sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and industry;

6) to engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies, occupational safety and health, labor relations, and new methods of improved production;

7) to engage in public education and other programs to expand the economic development of the electrical construction industry;

8) to enhance the involvement of workers in making decisions that affect their working lives; and,

9) to engage in any other lawful activities incidental or related to the accomplishment of these purposes and goals.

**Section 8.02.** The Fund shall function in accordance with, and as provided in, its Agreement and Declaration of Trust and any amendments thereto and any other of its governing documents. Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the LMCC, as provided in said Agreement and Declaration of Trust.

**Section 8.03.** Each employer shall contribute 0% of Gross Monthly Payroll. Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) Calendar days following the last day of the month in which the labor was performed. The Missouri Valley Line Constructor Chapter, NECA, or its designee, shall be the collection agent for this Fund.

**Section 8.04.** If an Employer fails to make the required contributions to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance. In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty dollars ($20), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments. Such amount shall be added to and become a part of the contributions due and payable, and the whole amount due shall bear interest at the rate of ten percent(10%) per annum until paid. The Employer shall also be liable for all costs of collecting the payment together with attorneys' fees.

## ARTICLE IX

## NECA-IBEW NATIONAL LABOR-MANAGEMENT COOPERATION FUND

**Section 9.01.** The parties agree to participate in the NECA-IBEW National Labor-Management Cooperation Fund, under authority of Section 6(b) of the Labor-Management Cooperation Act of 1978,29 U.S.C. 175(a) and Section 302(c)(9) of the Labor-Management Relations Act, 29 U.S.C. 186(c)(9). The purposes of this Fund include the following:

(1)  To improve communication between representatives of Labor and Management;

(2)  To provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organizational effectiveness;

(3) To assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

(4) To study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

(5) To sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and the industry;

(6) To encourage and support the initiation and operation of similarly constituted local labor-management cooperation committees;

(7) To engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies, occupational safety and health, labor relations, and new methods of improved production;

(8) To engage in public education and other programs to expand the economic development of the electrical construction industry;

(9) To enhance the involvement of workers in making decisions that affect their working lives; and

(10) To engage in any other lawful activities incidental or related to the accomplishment of these purposes and goals.

Section 9.02.  The Fund shall function in accordance with, and as provided in, its Agreement and Declaration of Trust, and any amendments thereto and any other of its governing documents.  Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the NLMCC, as provided in said Agreement and Declaration of Trust.

Section 9.03.  Each employer shall contribute one cent per hour worked, up to a maximum of 150,000 hours per year, for work performed under the terms of IBEW Local Union agreements with the Missouri Valley Line Constructors Chapter, NECA. Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) calendar days following the last day of the month in which the labor was performed.  The Missouri Valley Line Constructor Chapter, NECA, or its designee, shall be the collection agent for this Fund.

Section 9.04.  If an Employer fails to make the required contributions to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance.  In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty($20), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments.  Such amount shall be added to and become a part of the contributions due and payable, and the whole amount due shall bear interest at the rate of ten percent (10%) per annum until paid.  The Employer shall also be liable for all costs of collecting the payment together with attorneys' fees.

# ARTICLE X
## Administrative Maintenance Fund

Section 10.01. All Employers who are signatory to this Labor Agreement shall contribute an amount equal to 0.2% (two tenths of one percent) of their gross monthly payroll, payable to the Missouri Valley Line Chapter Administrative Maintenance Fund. Annual contributions to the fund shall be limited to the first 40,000 man hours per employer.

The Fund shall be administered solely by the Missouri Valley Line Constructors Chapter, NECA, Inc. and shall be utilized to pay for the Chapter's administration cost of this labor contract including negotiations, labor relations, disputes and grievance representation performed on behalf of the signatory employers. In addition, all other management duties and responsibilities pursuant to this agreement.

The Missouri Valley Line Chapter Administrative Maintenance Fund contribution shall be submitted with all other benefits as designated in the Labor Agreement by the fifteenth (15th) of the following month. In the event any Employer is delinquent in submitting the required amount, the Missouri Valley Line Chapter shall have the authority to recover any funds, along with attorney fees, court costs, interest at one percent (1%) per month and liquidated damages. The enforcement for the delinquent payments to the fund shall be the sole responsibility of the fund. These monies shall not be used to the detriment of the I.B.E.W. or the Local Union.

# ARTICLE XI
## Substance Abuse

Section 11.01. The dangers and costs that alcohol and other chemical abuses can create in the electrical contracting industry in terms of safety and productivity are significant. The parties to this Agreement resolve to combat chemical abuse in any form and agree that, to be effective, programs to eliminate substance abuse and impairment should contain a strong rehabilitation component. The local parties recognize that the implementation of a drug and alcohol policy and program must be subject to all applicable federal, state, and local laws and regulations. Such policies and programs must also be administered in accordance with accepted scientific principles, and must incorporate procedural safeguards to ensure fairness in application and protection of legitimate interests of privacy and confidentiality. To provide a drug-free workforce for the Electrical Construction Industry, each IBEW local union and NECA chapter shall implement an area-wide Substance Abuse Testing Policy. The policy shall include minimum standards as required by the IBEW and NECA. Should any of the required minimum standards fail to comply with federal, state, and/or local laws and regulations, they shall be modified by the local union and chapter to meet the requirements of those laws and regulations.

23

## ARTICLE XII
### Separability Clause

Section 12.01. Should any provision of this Agreement be declared illegal by any court of competent jurisdiction, such provisions shall immediately become null and void, leaving the remainder of the Agreement in full force and effect and the parties shall, thereupon, seek to negotiate substitute provisions which are in conformity with the applicable laws.

## ARTICLE XIII
### Code of Excellence

Section 13.01. The parties to this Agreement recognize that to meet the needs of our customers, both employer and employee must meet the highest levels of performance, professionalism, and productivity. The Code of Excellence has proven to be a vital element in meeting the customers' expectations. Therefore each IBEW local union and NECA chapter shall implement a Code of Excellence Program. The program shall include minimum standards as designed by the IBEW and NECA.

In Witness Whereof, The parties hereto have executed this Agreement on the day and year first above written, with the understanding that it shall be subject to approval by the office of the International President of the International Brotherhood of Electrical Workers at Washington, D.C.

SIGNED FOR MISSOURI VALLEY LINE
CONSTRUCTORS CHAPTER, INC.,
NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATION, INC.:

STEVE LINDLEY, CHAIRMAN NECA
NEGOTIATING COMMITTEE

Dated _5/21/2018_

JOE MITCHELL, CHAPTER MANAGER

Dated _5-24-18_

SIGNED FOR LOCAL UNION #953
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS:

MARTIN D. SANDBERG, BUSINESS
MANAGER

Dated _5/3/2018_

SIGNED FOR LOCAL UNION 2150,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS:

MICHAEL J. FOLLETT, BUSINESS
MANAGER

Dated _5/1/2018_